# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DWIGHT SIMONSON, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br>　　　v.<br><br>THE HERTZ CORPORATION, AMERICAN TRAFFIC SOLUTIONS, INC., and PLATEPASS LLC,<br>　　　　　Defendants. | Civil Action No. 1:10-cv-01585<br><br>Judge Noel L. Hillman<br><br>**SUPPLEMENTAL CERTIFICATION OF MATTHEW E. LEE IN SUPPORT PRO HAC VICE MOTION** |

Matthew E. Lee, Esq., of full age, certifies under penalty of perjury declares:

1. In supplement to my prior Certification in support of my pending motion to be admitted *pro hac vice* as counsel for Plaintiff in the above matter, I state that there is no disciplinary proceedings pending against me and no discipline has previously been imposed upon me.

2. Pursuant to 28 USC § 1746 I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Matthew E. Lee, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DWIGHT SIMONSON, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiff,<br>　　　　v.<br><br>THE HERTZ CORPORATION, AMERICAN TRAFFIC SOLUTIONS, INC., and PLATEPASS LLC,<br>　　　　　　Defendants. | Civil Action No. 1:10-cv-01585<br><br>Judge Noel L. Hillman<br><br>**SUPPLEMENTAL CERTIFICATION OF STEPHEN A. DUNN IN SUPPORT PRO HAC VICE MOTION** |

STEPHEN A. DUNN, ESQ., of full age, certifies under penalty of perjury declares:

1.  In supplement to my prior Certification in support of my pending motion to be admitted *pro hac vice* as counsel for Plaintiff in the above matter, I state that there is no disciplinary proceedings pending against me and no discipline has previously been imposed upon me.

2.  Pursuant to 28 USC § 1746 I hereby certify under penalty of perjury that the foregoing is true and correct..

Dated: August 23, 2010

　　　　　　　　　　　　　　　　　　Stephen A. Dunn, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DWIGHT SIMONSON, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br><br>THE HERTZ CORPORATION, AMERICAN TRAFFIC SOLUTIONS, INC., and PLATEPASS LLC,<br>Defendants. | Civil Action No. 1:10-cv-01585<br><br>Judge Noel L. Hillman<br><br>SUPPLEMENTAL CERTIFICATION OF STEVEN R. JAFFE IN SUPPORT PRO HAC VICE MOTION |

**STEVEN R. JAFFE, ESQ.**, of full age, certifies under penalty of perjury declares:

1. In supplement to my prior Certification in support of my motion to be admitted *pro hac vice* as counsel for Plaintiff in the above matter, I state that there is no disciplinary proceedings pending against me and no discipline has previously been imposed upon me.

2. I am, and at all times have been, a member on good standing if the aforementioned bar.

Dated: August 23, 2010

_____
Steven R. Jaffe, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DWIGHT SIMONSON, individually and on behalf of all others similarly situated, Plaintiff, v. THE HERTZ CORPORATION, AMERICAN TRAFFIC SOLUTIONS, INC., and PLATEPASS LLC, Defendants. | Civil Action No. 1:10-cv-01585<br><br>Judge Noel L. Hillman<br><br>**SUPPLEMENTAL CERTIFICATION OF MARK S. FISTOS IN SUPPORT PRO HAC VICE MOTION** |

MARK S. FISTOS, ESQ., of full age, certifies under penalty of perjury declares:

1. In supplement to my prior Certification in support of my pending motion to be admitted *pro hac vice* as counsel for Plaintiff in the above matter, I state that there is no disciplinary proceedings pending against me and no discipline has previously been imposed upon me.

2. Pursuant to 28 USC § 1746 I hereby certify under penalty of perjury that the foregoing is true and correct..

Dated: August **23**, 2010

_____
Mark S. Fistos, Esq.