UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SUSAN DOHERTY, on behalf of herself and
all others similarly situated,
        Plaintiff,
v.

THE HERTZ CORPORATION,
AMERICAN TRAFFIC SOLUTIONS, INC.,
and PLATEPASS LLC,
        Defendants

Civil Action No.
1:10-CV-00359-NLH-KMW

DWIGHT SIMONSON, individually and
on behalf of all others similarly situated,
        Plaintiff,
v.

THE HERTZ CORPORATION,
AMERICAN TRAFFIC SOLUTIONS, INC.,
and PLATEPASS LLC,
        Defendants

Civil Action No.
1:10-CV-01585-NLH-KMW

## ORDER OF CONSOLIDATION

Upon request to the Court by counsel for Plaintiffs in both of the above-captioned matters, with the consent of counsel for Defendants in both matters, and upon representation by Counsel for Plaintiffs that the two matters meet the requirements set forth in Fed R. Civ. P. 42(a) for consolidation for all purposes, including trial, and good cause appearing therefore;

IT IS HEREBY ORDERED on this 14th day of July 2011:

1. That the two matters are hereby consolidated pursuant to Fed R. Civ. P. 42(a) for all purposes, including trial, into docket number Civil No.1: 10-cv-00359-NHL-KMW;

2. That the caption of the consolidated matters matter shall hereby be amended to read:

| | |
|---|---|
| SUSAN DOHERTY and DWIGHT SIMONSON, on behalf of themselves all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>THE HERTZ CORPORATION, AMERICAN TRAFFIC SOLUTIONS, INC., and PLATEPASS LLC,<br>　　　　　　　　　　Defendants | Civil Action No. 1:10-CV-00359-NLH-KMW |

3. All documents in the consolidated cases shall be filed only in C.A. No. 1:10-CV-00359-NLH-KMW;

4. Plaintiffs shall file a consolidated amended complaint within 10 days of this order;

5. Defendants shall file an answer to the consolidated amended complaint within 30 days of service of the pleading;

6. Any admission of counsel *pro hac vice* by the Court in either of the two cases shall continue and apply in the consolidated case.

BY THE COURT:

_____
Hon. Noel L. Hillman, USDJ

The undersigned hereby consent to the form and entry of the forgoing:

/s/ Michael J. Vassalotti
_____
Michael J. Vassalotti, Esquire
BROWN & CONNERY, LLP
Attorneys for Defendant, The Hertz Corporation

/s/ Michael Coren
_____
Christopher M, Placitella
Michael Coren, Esquire
Attorneys for Plaintiffs Susan Doherty and Dwight Simonson

/s/ Benjamin C. Caldwell
_____
Benjamin C. Caldwell, Esquire
BURNS & LEVINSON LLP
Attorneys for Defendants American Traffic Solutions, Inc. and PlatePass LLC